■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARWIN NUNEZ, Appellant. [975 NYS2d 871]—Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about July 17, 2012, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Regardless of whether the court properly assessed defendant 15 points for infliction of physical injury, defendant still qualifies as a level two offender, and there is no basis for a discretionary downward departure to level one (*see People v Pettigrew*, 14 NY3d 406, 409 [2010]). The underlying offense, committed against a child, was serious, and the mitigating factors cited by defendant were generally taken into account by the risk assessment instrument. Concur—Tom, J.P., Friedman, Renwick, Feinman and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YASMEEN N. ELLISON, Appellant. [977 NYS2d 663]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about December 7, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur— Tom, J.P., Friedman, Renwick, Feinman and Clark, JJ.